IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LaVondas V. Young,

Plaintiff,

vs.

ALTON MENTAL HEALTH
CENTER, et al.,

Defendants.  Case No. 13-cv-378-DRH-PMF

### MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Pending before the Court is defendants Anita Bazile-Sawyer[1] and Karen Klunks' motion to dismiss them from the amended complaint (Doc. 41). Plaintiff LaVondas V. Young's response to defendants' motion was due on or before March 10, 2014. Plaintiff failed to respond. The Court hereby deems plaintiff's failure to respond to defendants' motion as an admission of its merits. SDIL-LR 7.1(c), 7.1(g). Accordingly, defendants' motion is **GRANTED**. Anita Bazile-Sawyer, identified by plaintiff as Anita Brazil, and Karen Klunk are dismissed from this action without prejudice.

**IT IS SO ORDERED.**

Signed this 17th day of March, 2014.

Digitally signed by
David R. Herndon
Date: 2014.03.17
09:45:17 -05'00'

**Chief Judge**
**United States District Court**

---

[1] Named in plaintiff's amended complaint as Anita Brazil.